# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **In the matter of:** | **Case No.:** 06-32308-dof |
| Robyn Robinson | **Chapter 13 Proceedings** |
| | **Judge Daniel Opperman** |
| Debtor(s). | |
| _____/ | |

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

    The attached check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Creditor or Debtor Name | Court Clm.# | Trustee Clm.# | Class of Claim | Check# | Amt. of Check |
|---|---|---|---|---|---|
| Central Mercantile Col | 3 | 2 | Unsecured | 731498 | $80.28 |

Dated: March 3, 2011

                        ___/s/Carl L. Bekofske___
                        Carl L. Bekofske,
                        Standing Chapter 13 Trustee
                        400 N. Saginaw St., Ste 331
                        Flint, MI 48502
                        Telephone: (810) 238-4675
                        Fax: (810) 238-4712
                        Email: ECF@flint13.com
                        P10645